**Joan Serioux Wilma FORDE, Plaintiff—Appellant,**

v.

**CITY OF BEVERLY HILLS; Marvin Iannone; George Castaldo; Sammy Lee; Jeffrey Gelfman, Defendants— Appellees.**

No. 02-57057.
D.C. No. CV-01-06028-NMM.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 3, 2004.*

Decided Feb. 6, 2004.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Ugo O. Asobie, Law Offices of Ugo O. Asobie, Los Angeles, CA, for Plaintiff–Appellant.

Paul B. Beach, Franscell, Strickland, Roberts & Lawrence, Glendale, CA, for Defendants–Appellees.

Before KOZINSKI, O'SCANNLAIN, and SILVERMAN, Circuit Judges.

## MEMORANDUM**

Because Castaldo had probable cause to arrest Forde for violation of California Penal Code § 148, her false arrest and false imprisonment claims fail. *See Franklin v. Fox,* 312 F.3d 423, 438 (9th Cir.2002).

Forde's malicious prosecution claim fails because the own recognizance release conditions to which she was subject did not amount to a seizure under the Fourth Amendment. *See Karam v. City of Burbank,* 352 F.3d 1188, 1193–94 (9th Cir. 2003).

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.